Dismissed and Memorandum Opinion filed October 23, 2003









Dismissed and Memorandum Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00931-CV

____________

 

GOLD LEAF HOMES, INC.,
Appellant

 

V.

 

CUT >N= SHOOT, INC., Appellee

 



 

On Appeal from the County Civil
Court at Law
No. 2

Harris County, Texas

Trial Court Cause No. 781,019

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed May 13, 2003.  On October 15, 2003, appellant filed an
unopposed motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 23, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.